IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00036-GPG

SCOTT HEDDINGS,

    Applicant,

v.

DEBORAH DENHAM,

    Respondent.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR 8.1(c).  Pursuant to D.C.COLO.LCivR 40.1(c)(1), the case will be assigned to Judge Christine M. Arguello and to Magistrate Judge Kristen L. Mix.  Accordingly, it is

ORDERED that this case shall be assigned to Judge Christine M. Arguello and to Magistrate Judge Kristen L. Mix pursuant to D.C.COLO.LCivR 40.1(c)(1).

DATED January 28, 2015, at Denver, Colorado.

                                                  BY THE COURT:

                                                S/ Gordon P. Gallagher

                                                United States Magistrate Judge